# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HILTON FISHER,

Plaintiff,

v.

S. ADAIR,

Defendant.

/

CASE NO. 1:11-cv-00609-AWI-BAM PC

ORDER DENYING MOTION FOR ORDER DIRECTING SERVICE OF THE COMPLAINT AND SUMMONS ON DEFENDANTS AS PREMATURE

(ECF No. 23)

Plaintiff Hilton Fisher ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on April 15, 2011. The Court granted Plaintiff leave to proceed in forma pauperis on April 21, 2011. Plaintiff filed a motion for an order directing service of the complaint and summons on the defendants on October 24, 2011.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

The Court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants.

Until the Court has screened the complaint and found cognizable claims, any request for service by the Marshal is premature and will be denied.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for an order directing service on defendants, filed October 24, 2011, is DENIED as premature.

IT IS SO ORDERED.

**Dated:** **October 27, 2011**

/s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE