# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON FISHER, | CASE NO. 1:11-cv-00609-AWI-BAM PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| S. ADAIR, | (ECF Nos. 16, 17) |
| Defendant. | |

Plaintiff Hilton Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed a motion seeking the issuance of a court order for the return of his legal materials on August 25, 2011. (ECF No. 16.) On August 29, 2011, the Magistrate Judge filed findings and recommendations herein which was served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed thirty days. (ECF No. 17.) More than thirty days have passed and no objection has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed August 29, 2011, is adopted in full; and
2. Plaintiff's motion for a court order filed August 25, 2011, is DENIED.

IT IS SO ORDERED.

Dated: November 8, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE