# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON FISHER,<br><br>          Plaintiff,<br><br>    v.<br><br>S. ADAIR,<br><br>          Defendant.<br>_____/ | CASE NO. 1:11-cv-00609-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EVIDENTIARY HEARING<br><br>(ECF No. 26) |

Plaintiff Hilton Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a first amended complaint in this action on July 22, 2011. On December 20, 2011, Plaintiff filed a motion for an evidentiary hearing.

Plaintiff's first amended complaint is currently pending screening. At this juncture in the proceedings there is no issue before the court requiring an evidentiary hearing. Accordingly, Plaintiff's motion for an evidentiary hearing, filed December 20, 2011, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **December 22, 2011**          **/s/ Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE

1