1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   HILTON FISHER,                           CASE NO. 1:11-cv-00609-AWI-BAM PC

10                          Plaintiff,        ORDER DENYING PLAINTIFF'S MOTION FOR
                                             AN EVIDENTIARY HEARING
11        v.
                                             (ECF No. 26)
12   S. ADAIR,

13                          Defendant.
                                         /
14

15        Plaintiff Hilton Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a first amended complaint in

17   this action on July 22, 2011.  On December 20, 2011, Plaintiff filed a motion for an evidentiary

18   hearing.

19        Plaintiff's first amended complaint is currently pending screening.  At this juncture in the

20   proceedings there is no issue before the court requiring an evidentiary hearing.  Accordingly,

21   Plaintiff's motion for an evidentiary hearing, filed December 20, 2011, is HEREBY DENIED.

22        IT IS SO ORDERED.

23   Dated:   __December 22, 2011__          ___/s/ **Barbara A. McAuliffe**___
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1