# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON FISHER,<br><br>　　　　　Plaintiff,<br>　　v.<br>S. ADAIR,<br>　　　　　Defendant.<br>_____/ | CASE NO. 1:11-cv-00609-AWI-BAM PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR COPIES OF ALL DOCUMENTS FILED AND DIRECTING THE CLERK OF THE COURT TO SEND PLAINTIFF A COPY OF THE SECOND AMENDED COMPLAINT<br><br>(ECF No. 41) |

Plaintiff Hilton Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 19, 2012, the Court ordered Plaintiff to file a third amended complaint. (ECF No. 38.) Plaintiff's third amended complaint is due on or before January 9, 2013.

On December 19, 2012, Plaintiff filed the instant motion requesting that the Court provide him copies of "all Documents and a copy of the amended complaint that is due by January 9, 2013." (ECF No. 41). The Court construes Plaintiff's motion as a request for copies of all documents filed in this action, including a copy of his second amended complaint, to help him prepare his third amended complaint. Copies of all documents filed in this action, with the exception of the second amended complaint, are unnecessary to assist Plaintiff with preparing a third amended complaint. Moreover, it is Plaintiff's responsibility to keep copies of any documents that he submits to the court and he needs to take whatever steps necessary to obtain the copies prior to submitting his pleadings. If Plaintiff needs additional time to obtain copies of his pleadings, then he needs to file a motion for extension of time prior to any deadline provided by the Court.

1

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. The Court will make an exception in this instance and will direct the Clerk's Office to provide a copy of the second amended complaint at no charge. However, Plaintiff is advised that any further copies will need to paid for by Plaintiff.

Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail a copy of the second amended complaint, filed April 27, 2012, to Plaintiff.

IT IS SO ORDERED.

Dated: **January 7, 2013**     /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE