# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON FISHER,<br><br>            Plaintiff,<br><br>    v.<br><br>S. ADAIR,<br><br>            Defendant.<br>_____/ | CASE NO. 1:11-cv-00609-AWI-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTIONS FOR LEGAL MATERIALS AND DENYING PLAINTIFF'S MOTION FOR LAW LIBRARY ACCESS<br>(ECF Nos. 43, 44, 45) |

     Plaintiff Hilton Fisher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 19, 2012, Plaintiff filed a motion for a court order allowing him access to legal materials and a motion for access to the law library so he could do legal research to file his second amended complaint. (ECF Nos. 43 and 44.) On December 28, 2012, Plaintiff filed an additional motion for access to legal materials. (ECF No. 45.) On January 7, 2013, the Magistrate Judge issued findings and recommendations, which were served on Plaintiff and which contained notice that any objections were to be filed within fourteen days. (ECF No. 46.) More than fourteen days have passed and no objection has been filed. However, on January 9, 2013, Plaintiff filed his third amended complaint.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 7, 2013, are adopted in full;
2. Plaintiff's motions for a court order allowing him access to legal materials are DENIED; and
3. Plaintiff's motion for access to the law library is DENIED.

IT IS SO ORDERED.

Dated:   February 25, 2013

SENIOR DISTRICT JUDGE